```
George C. Paine, II
US Bankruptcy Judge
Dated: 10/05/10
```



IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE

IN RE:

| | |
|---|---|
| Samon A. Smith, | Case No. 10-06884 |
| 3191 Skinner Drive, | Chapter 7 |
| Antioch, Tennessee 37013, | Judge George C. Paine, II |
| SSN: xxx-xx-8933, | |
| Debtor, | Relief from stay to enforce lien |
| Third Federal Savings and Loan of Cleveland, | Date of Scheduled Hearing: October 5, 2010 |
| Movant/Secured Claimant, | |
| Samon A. Smith, Jeanne Burton Gregory, Trustee, | |
| Respondents. | |

Affected Collateral:   <u>Real property described in the Motion for Relief From Automatic Stay and located at 660 Nome Avenue, Akron, Ohio 44320-1877.</u>

ORDER GRANTING RELIEF FROM AUTOMATIC STAY

The Secured Claimant identified above has moved for relief from the automatic stay in 11 U.S.C. §362(a) with respect to the Affected Collateral.  Either no timely opposition was filed or any objection raised was withdrawn or overruled by the Court at the Scheduled Hearing.

IT IS ORDERED that the automatic stay in 11 U.S.C. §362(a) is terminated with respect to the Secured Claimant and its Affected Collateral.

IT IS FURTHER ORDERED that the stay in FED R. BANKR. P. 4001(a)(3) does not apply.

**This Order was signed and entered electronically as indicated at the top of the first page.**

APPROVED FOR ENTRY:


/s/ Steven D. Lipsey
Steven D. Lipsey, Attorney for
Third Federal Savings and Loan of Cleveland
Tenn. Bar No. 007226

Stone & Hinds, P.C.
507 Gay Street, S.W., Suite 700
Knoxville, Tennessee 37902
(865) 546-6321
(865) 546-0422 (fax)
Lipsey@s-hlaw.com

CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing Order has been sent to Adrienne N. Trammell, Attorney for Debtor, Jeanne Burton Gregory, Trustee, and Beth Derrick, Attorney for U.S. Trustee, electronically by ECF, on this the 29th day of September, 2010.

/s/ Steven D. Lipsey
Steven D. Lipsey

This Order has Been electronically signed. The Judge's signature and Court's seal appear at the top of the first page.
United States Bankruptcy Court.